UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

      v.　　　　　　　　　　　　　　　　　**INDICTMENT**

MICHAEL LEE BROOKS,

       Defendant.

                               /

The Grand Jury charges:

## COUNT 1
(Theft of Government Funds)

From in or about October 2019, through in or about July 2025, in the Western District of Michigan, Southern Division and elsewhere, the Defendant,

**MICHAEL LEE BROOKS**,

embezzled, stole, purloined, and knowingly converted to his own use money of the United States having a value exceeding $1,000.  Specifically, the defendant, who was the representative payee for his father, O.C., failed to notify the Social Security Administration of O.C.'s death on September 16, 2019, and thereafter submitted false Representative Payee Reports, and thereby embezzled, stole, purloined, and knowingly converted to his own use approximately $99,055.00 in Title II Retirement and Survivors Insurance benefits.

**18 U.S.C. § 641**

## COUNT 2
(Theft of Government Funds)

From in or about June 2022, through in or about June 2024, in the Western District of Michigan, Southern Division and elsewhere, the Defendant,

**MICHAEL LEE BROOKS**,

embezzled, stole, purloined, and knowingly converted to his own use money of the United States having a value exceeding $1,000.  Specifically, the defendant embezzled, stole, purloined, and knowingly converted to his own use approximately $4,218.00 in U.S. Department of Agriculture Supplemental Nutrition Assistance Program (SNAP) benefits to which he was not entitled, based upon false and fraudulent information, and non-disclosure of material facts.

**18 U.S.C. § 641**

**FORFEITURE ALLEGATION**
(Theft of Government Funds)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of the offenses in violation of 18 U.S.C. § 641 set forth in Counts 1 and 2 of this Indictment, the Defendant,

**MICHAEL LEE BROOKS**,

shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.  The property to be forfeited includes, but is not limited to, the following:

1.    MONEY JUDGMENT: A sum of money equal to at least $108,118.00, which represents the proceeds traceable to the offenses charged in Counts 1 and 2 of the Indictment.

2.    SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of the defendants:

  a.   cannot be located upon the exercise of due diligence;

  b.   has been transferred or sold to, or deposited with, a third party;

  c.   has been placed beyond the jurisdiction of the court;

  d.   has been substantially diminished in value; or

  e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

**18 U.S.C. § 981(a)(1)(C)**
**21 U.S.C. § 853(p)**

3

**28 U.S.C. § 2461(c)**
**18 U.S.C. § 641**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
CLAY STIFFLER
Assistant United States Attorney

4